# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ANCORA TECHNOLOGIES, INC. v. APPLE, INC.

CASE NO. 13-1378

## Entry of Appearance

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk and serve it on the principal attorney for each party.)

Please enter my appearance:

       Pro Se    _X_   As counsel for:   Ancora Technologies, Inc.

I am, or the party I represent is (select one):

 _X_  Petitioner      ___ Respondent      ___ Amicus Curiae      ___ Cross Appellant

 ___  Appellant      ___ Appellee      ___ Intervenor

As amicus curiae or intervenor, this party supports (select one):

 ___  Petitioner or appellant      ___ Respondent or appellee

My address and telephone are:

Marc Lorelli
Brooks Kushman P.C.
1000 Town Center, 22nd Floor
Southfield, MI 48075-1238
Phone: (248) 358-4400
Fax: (248) 358-3351
E-mail: mlorelli@brookskushman.com

Statement to be completed by counsel only (select one):

    ___ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel for the party in this case of the matters served upon me.

    ___ I am replacing ___ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

 _X_  I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _2002_

This is my first appearance before the U.S. Court of Appeals for the Federal Circuit (counsel only):

    ___ yes    _X_ no

    ___ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date: _5/21/2013_              _/s/ Marc Lorelli_
                                      Signature of Pro Se or Counsel

cc: _Michael Allen Jacobs_

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

**ANCORA TECHNOLOGIES, INC. v. APPLE, INC.**

**CASE NO. 2013-1378**

**CERTIFICATE OF SERVICE**

I certify that I served a copy of the Entry of Appearance on counsel of record on May 21, 2013 by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand Delivery
- ☒ Electronic Means (by email or CM/ECF)

**BROOKS KUSHMAN P.C.**

/s/ Marc Lorelli
Marc Lorelli
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Telephone: (248) 358-4400
Facsimile: (248) 358-3351
Email: mlorelli@brookskushman.com

*Attorneys for Ancora Technologies*