# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**Revised: May 21, 2013**

Official Caption[1]

2013-1378, -1414

ANCORA TECHNOLOGIES, INC.,

Plaintiff-Appellant,

v.

APPLE, INC.,

Defendant-Cross Appellant.

Appeals from the United States District Court for the Northern District of California in No. 11-CV-6357, Judge Yvonne Gonzalez Rogers.

Authorized Abbreviated Caption[2]

ANCORA TECHNOLOGIES, INC. v APPLE, INC., 2013-1378, -1414

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.